for the

## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. __3:10-Cr-20 CmK__

vs.

## ORDER TO PAY

**Brian Gene Chance**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: __8-24-10__          X _Brian Chance_
DEFENDANT'S SIGNATURE

## YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: __Count 1__ FINE __240 00__ ASGMT. __10 00__
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

X **FINE TOTAL** of $ __240 00__ and a penalty assessment of $ __10 00__ within
_____ days/months or payments of $ __50 00__ per month, commencing __10-1-10__
and due on the __first__ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
X **PROBATION** to be (unsupervised)/ supervised for: __1 year; to terminate__
__upon payment; excluded from national lands__
__until fine paid in full__

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
1-800-827-2982

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ _501 I Street_
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: __8-24-10__

U.S. MAGISTRATE JUDGE

**Clerk's Office**          EDCA - 03 Rev 8/97